**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB-PGL |
| This Document Relates To:<br><br>23-cv-13231-ADB<br>23-cv-12922-ADB | |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF PROPOSED GRIPA CLASS ACTION SETTLEMENT**

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiff[1] hereby moves this Court for entry of an Order: (1) finally approving the proposed Class Action Settlement Agreement and Release between herself and Defendant Greater Rochester Independent Practice Association ("Defendant" or "GRIPA") as fair, reasonable, and adequate; (2) finally certifying, for purposes of the Settlement only, the following Settlement Class:

> GRIPA patients, individual healthcare providers, and physicians in the United States whose personally identifiable information and/or protected healthcare information was impacted by the MOVEit Data Breach.
>
> Excluded from the Settlement Class are (i) GRIPA, any entity in which GRIPA has a controlling interest, and GRIPA's officers, directors, legal representatives, successors, subsidiaries, and assigns; (ii) any judge, justice, or judicial officer presiding over the Litigation and the members of their immediate families and judicial staff; and (iii) any individual who timely and validly opts out of the Settlement.

(3) confirming that the notice plan approved by the Court in its March 25, 2026 Preliminary Approval Order (ECF No. 1734) has been fully and sufficiently effectuated; (4) finally appointing Plaintiff as the Settlement Class Representative; (5) finally appointing Lead Counsel and Liaison

[1] Plaintiff is Plaintiff Kimberly Clarke ("Plaintiff" or "Settlement Class Representative").

& Coordinating Counsel to act on behalf of the Settlement Class and the Settlement Class Representative with respect to the Settlement; (6) entering the proposed Final Approval and Judgment; and (7) granting such other and further relief as may be just and appropriate.

This Motion is based upon the record in this case as well as the concurrently filed: (1) Memorandum of Law in Support of Plaintiff's Motion for Final Approval of Proposed GRIPA Class Action Settlement Agreement; (2) Declaration of Gary F. Lynch in Support of Plaintiff's Motion for Final Approval of Proposed GRIPA Class Action Settlement Agreement; and (3) Declaration of Melissa E. Baldwin in Support of Plaintiff's Motion for Final Approval of Proposed GRIPA Class Action Settlement Agreement, as well as any additional materials and argument that may be presented to the Court.

Dated: August 4, 2026

Respectfully submitted,

By: /s/ Kristen A. Johnson
Kristen A. Johnson (BBO# 667261)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Fl.
Boston, MA 02109
Tel: (617) 482-3700
Fax: (617) 482-3003
kristenj@hbsslaw.com

*Liaison & Coordinating Counsel*

By: /s/ E. Michelle Drake
E. Michelle Drake
BERGER MONTAGUE, PC
1229 Tyler St., NE, Ste. 205
Minneapolis, MN 55413
Tel: (612) 594-5933
Fax: (612) 584-4470
emdrake@bm.net

By: */s/ Gary F. Lynch*
Gary F. Lynch
LYNCH CARPENTER, LLP
1133 Penn Ave., 5th Fl.
Pittsburgh, PA 15222
Tel: (412) 322-9243
Fax: (412) 231-0246
Gary@lcllp.com

By: */s/ Douglas J. McNamara*
Douglas J. McNamara
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, 5th Fl.
Washington, DC 20005
Tel: (202) 408-4600
dmcnamara@cohenmilstein.com

By: */s/ Karen H. Riebel*
Karen H. Riebel
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave. S., Ste. 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 612-339-0981
khriebel@locklaw.com

By: */s/ Charles E. Schaffer*
Charles E. Schaffer
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Fax: (215) 592-4663
cshaffer@lfsblaw.com

*Lead Counsel for Plaintiffs*

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that, pursuant to Local Rule 7.1(a)(2), counsel for Plaintiff has conferred in good faith with counsel for Defendant Greater Rochester Independent Practice Association and Defendant does not oppose this motion.

Dated: August 4, 2026

*/s/ Gary F. Lynch*
Gary F. Lynch

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

Dated: August 4, 2026

*/s/ Kristen A. Johnson*
Kristen A. Johnson (BBO# 667261)